**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| CLIFTON O. SOLOMON, § § | |
| Plaintiff, § § | CIVIL ACTION NO. 5:19-CV-00126-RWS |
| v. § § § | |
| BOWIE COUNTY JAIL MEDICAL DEPARTMENT, ET AL., § § § § | |
| Defendants. § | |

**ORDER**

The Plaintiff Clifton Solomon, a former inmate of the Bowie County Jail proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights. The Court referred the case to the United States Magistrate Judge.

Plaintiff sought leave to proceed *in forma pauperis*, which was granted. When a copy of the order granting *in forma pauperis* status was sent to Solomon at his last known address, it was returned as undeliverable. Solomon never apprised the Court of his current mailing address, and the Magistrate Judge issued a Report recommending the lawsuit be dismissed without prejudice for failure to prosecute. Docket No. 15. A copy of the Magistrate Judge's Report was sent to Plaintiff at his last known address, but no objections have been filed.

Because no objections to the Magistrate Judge's Report have been filed, neither party is entitled to *de novo* review by the District Judge of those findings, conclusions and recommendations, and except upon grounds of plain error, they are barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District

Court.  28 U.S.C § 636(b)(1)(C); *Douglass v. United Services Automobile Assoc.*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

Nonetheless, the Court has reviewed the record in this cause and the Report of the Magistrate Judge.  Upon such review, the Court has determined the Report of the Magistrate Judge is correct.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").  It is accordingly

**ORDERED** that the Report of the Magistrate Judge (Docket No. 15) is **ADOPTED** as the opinion of the District Court.  It is further

**ORDERED** that the above-styled civil action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.  It is further

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**SIGNED this 26th day of February, 2021.**

                                      ROBERT W. SCHROEDER III
                                      UNITED STATES DISTRICT JUDGE